|  |  |  |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| ANTHONY FERNANDEZ, § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> MARK STILES UNIT, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:15-CV-130 |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Anthony Fernandez, an inmate confined at the Mark Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983 against defendants the Mark Stiles Unit, FNU Daniel, FNU Bhurns, Mathew Suringi, John Sealy Galveston Hospital and the Jester 4 Unit.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends plaintiff's civil rights action be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

---

[1] Plaintiff filed two letters on April 24, 2015 and April 27, 2015. These letters do not contain any formal objections and like plaintiff's original complaint, the writing appears fanciful and delusional in nature.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Sherman, Texas, this 16th day of June, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE